**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ervin E. TUCKER, Jr., Defendant—**
**Appellant.**

**No. 01–10184.**
**D.C. No. CR–00–00417–LKK.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 19, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Ervin E. Tucker Jr. appeals his guilty plea conviction and sentence for wire fraud, in violation of 18 U.S.C. § 1343. Tucker's attorney has moved to withdraw pursuant to *Anders v. California,* 386 U.S.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the case presents no non-frivolous issue suitable for appeal. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues.

Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.